| | |
|---|---|
| Russell Brown<br>CHAPTER 13 TRUSTEE<br>Suite 800<br>3838 North Central Avenue<br>Phoenix, Arizona 85012-1965<br>602.277.8996 | |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>TAKISHA L. WEST,<br>SSN xxx-xx-9122<br><br><br>Debtor.<br><br>16630 NORTH REEMS ROAD<br>APT. 2043<br>SURPRISE, AZ 85374 | Chapter 13<br><br>Case No. 2-20-bk-03319 MCW<br><br>**TRUSTEE'S OBJECTION TO UNSECURED PORTION OF PROOF OF CLAIM AND NOTICE**<br><br><br>Creditor: DRIVE UP TITLE LOAN<br>Court Claim Number: 009 |

Russell Brown, Chapter 13 Trustee, pursuant to 11 U.S.C. §§ 502(b)(9), 1302, and Rule 3007, F.R.B.P, objects to the following proof of claim:

| | |
|---|---|
| DRIVE UP TITLE LOAN<br>12333 NW GRAND AVENUE<br>EL MIRAGE, AZ 85335 | Claim Number: 009<br>Claim Amount: $ 657.00<br>Account Number:<br>Date Filed: 07/24/2020<br>**Relief Requested: Disallow** |

Your claim may be reduced, modified or elminated. You should read these papers carefully and discuss the papers with your attorney, if you have one.

The Trustee objects to the unsecured portion of the proof of claim as the Claimant untimely filed it. Claimant filed the claim on the date shown above. **The last day to timely file a claim was 06/04/2020**. Section 502(b)(9); Rule 3002(c), F.R.B.P. **The Trustee gives notice that the Bankruptcy Court will disallow the claim unless by 11/12/2020**, Claimant files a written response with the Bankruptcy Court and serves a copy on the Trustee.

*In re West*
*Case No. 2-20-bk-03319 MCW*
*Trustee's Objection to Proof of Claim No. 009*

Case 2:20-bk-03319-MCW    Doc 32    Filed 10/13/20    Entered 10/13/20 14:48:29    Desc
Main Document    Page 1 of 2
Page 3 of 4

| | |
|---|---|
| 1 | If the Claimant timely files a response and the parties are unable to resolve the Objection, the Trustee will set the matter for a hearing before the Bankruptcy Court and provide notice to the claimant at least 30 days before the hearing. If Claimant files a late response or no response, the Trustee will upload an Order sustaining his Objection. |

If the Claimant timely files a response and the parties are unable to resolve the Objection, the Trustee will set the matter for a hearing before the Bankruptcy Court and provide notice to the claimant at least 30 days before the hearing. If Claimant files a late response or no response, the Trustee will upload an Order sustaining his Objection.

Russell Brown, Trustee, certifies that by the date signed below that he served or caused to be served a copy of the Trustee' Objection to Proof of Claim on the Claimant at the address or email address, and any applicable additional address below, and the attorney for the Debtor (or the Debtor, if pro se), to the parties appearing below.

PHOENIX FRESH START
THOMAS ADAMS MCAVITY
4131 MAIN STREET
SKOKIE, IL   60076
tom@nwrelief.com
Attorney for Debtor(s)

DRIVE UP TITLE LOAN
12333 NW GRAND AVENUE
EL MIRAGE, AZ  85335

_____
MBACON
*In re West*
*Case No. 2-20-bk-03319 MCW*
*Trustee's Objection to Proof of Claim No. 009*

Case 2:20-bk-03319-MCW    Doc 32    Filed 10/13/20    Entered 10/13/20 14:48:29    Desc
Main Document    Page 2 of 2
Page 4 of 4